# Court of Appeals
# of the State of Georgia

ATLANTA, October 18, 2024

*The Court of Appeals hereby passes the following order*

## A25I0051. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY (MARTA) v. CATRINA KING-WILSON et al.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2022CV366999



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, October 18, 2024.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*